# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| **In re:** <br><br> **BRYAN GORMAN,** <br><br> Debtor. | **Chapter 7** <br> **Case No. 23-40248-CJP** |

## NOTICE OF TIME CHANGE - MEETING OF CREDITORS (TELEPHONIC)

PLEASE TAKE NOTICE that the **time** of the telephonic meeting of creditors for the above-captioned bankruptcy case scheduled for May 3, 2023 has been changed to:

**1:30 p.m. on May 3, 2022.**

Dial-in Number: 877-522-2542
Participant Code: 6423133#

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Dated:   April 18, 2023                        Email: bankrupt@mirickoconnell.com

{Client Matter 15008/14402/A8269144.DOC}

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)**

| | |
|---|---|
| **In re:**<br><br>**BRYAN GORMAN,**<br><br>    Debtor. | **Chapter 7**<br>**Case No. 23-40248-CJP** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2023, I caused a copy of the following document to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

**Notice of <u>Time</u> Change - Meeting of Creditors (Telephonic)
to 1:30 p.m. on May 3, 2023.**

Dated:  April 18, 2023

　　　　　　　　　　　　　　　　　　   /s/ Joseph H. Baldiga
　　　　　　　　　　　　　　　　　　Joseph H. Baldiga, BBO #549963
　　　　　　　　　　　　　　　　　　Mirick, O'Connell, DeMallie & Lougee, LLP
　　　　　　　　　　　　　　　　　　1800 West Park Drive, Suite 400
　　　　　　　　　　　　　　　　　　Westborough, MA 01581
　　　　　　　　　　　　　　　　　　Phone: 508.898.1501
　　　　　　　　　　　　　　　　　　Fax:    508.898.1502
　　　　　　　　　　　　　　　　　　Email:  bankrupt@mirickoconnell.com

**SERVICE LIST**

**Bryan Gorman, Debtor**
**Chapter 7, Case No. 23-40248-CJP**

| | | |
|---|---|---|
| Richard T. King, Esq.<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of Massachusetts<br>Department of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 7090<br>Boston, MA 02204-7090<br>(Taxing Authority) |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Bryan Gorman<br>90 Loon Hill Road<br>Dracut, MA 01826<br>(Debtor) |
| Marques C. Lipton, Esq.<br>Lipton Law Group<br>945 Concord Street<br>Framingham, MA 01701<br>(Debtor's Counsel)<br>**VIA ECF** | Edmond J. Ford, Esq.<br>Ford, McDonald & Borden, P.A.<br>10 Pleasant Street, Suite 400<br>Portsmouth, NH 03801<br>(Counsel to Francis and Patricia Provencher/NOA)<br>**VIA ECF** | Steven Weiss, Esq.<br>Shatz, Schwartz and Fentin, P.C.<br>1441 Main Street<br>Springfield, MA 01103<br>(Counsel to Bankruptcy Estate of Zaana-17, LLC/NOA) |
| Aggretech<br>50 Jackson Street<br>Dracut, MA 01826<br>(Schedule F) | Benson Lumber Company<br>6 Martin Street<br>Derry, NH 03038<br>(Schedule F) | Bouchard, Leinman & Wright, P.A.<br>799 Mammoth Road<br>Manchester, NH 03104<br>(Schedule F) |
| Bouley Paving<br>52 Bolton Street<br>Lowell, MA 01852<br>(Schedule F) | BPI Construction<br>PO Box 2698<br>Natick, MA 01760<br>(Schedule F) | CAN Capital<br>1850 Parkway Place, Suite 1150<br>Mariette, GA 30067<br>(Schedule F) |

**SERVICE LIST**

**Bryan Gorman, Debtor**
**Chapter 7, Case No. 23-40248-CJP**

| | | |
|---|---|---|
| Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131<br>(Schedule F) | Caterpillar Financial Services Corp.<br>c/o Thomas McCraw<br>Freeman Mathis & Gary<br>60 State Street<br>Boston, MA 02109<br>(Schedule F) | Elmers Plastering<br>111 Irving Street<br>Everett, MA 02149<br>(Schedule F) |
| Flores Painting<br>50 Allston Street<br>Somerville, MA 02143<br>(Schedule F) | George C. Malonis, Esq.<br>George C. Malonis, P.C.<br>14 Loon Hill Road<br>Dracut, MA 01826<br>(Counsel to Silva Bros. Investments, Inc./NOA) | Heider Building Assoc.<br>PO Box 217<br>Tewksbury, MA 01876<br>(Schedule F) |
| J&J HVAC<br>17 Arlington Street<br>Dracut, MA 01826<br>(Schedule F) | Jack's Flooring<br>1 Inwood Lane<br>Woburn, MA 01801<br>(Schedule F) | JP Brown Excavation<br>1485 Hildreth Street<br>Dracut, MA 01826<br>(Schedule F) |
| Knight Capital Funding<br>110 SE 6th Street<br>Fort Lauderdale, FL 33316<br>(Schedule F) | Komatsu Financial Limited Partnership<br>Route 50<br>Bridgeville, PA 15017<br>(Schedule F) | Life Safety Fire Protection, Inc.<br>97 Lower Jaffrey Road<br>Dublin, NH 03444<br>(Schedule F) |
| Maureen Appleyard, Trustee<br>The 59 Newhall Street Realty Trust<br>5 Riverview Hill<br>Essex, MA 01929<br>(Schedule F) | McKinney Well Co.<br>18 Newton Road<br>Plaistow, NH 03865<br>(Schedule F) | Nelia Benjamin<br>130 Lawrence Street<br>Salem, NH 03079<br>(Schedule F) |
| On Deck Funding<br>1400 Broadway, 25th Floor<br>New York, NY 10018<br>(Schedule F) | Powerhouse Plumbing<br>PO Box 896<br>Plaistow, NH 03865<br>(Schedule F) | Quality Insulation<br>110 Perimeter Road<br>Nashua, NH 03063<br>(Schedule F) |

**SERVICE LIST**

**Bryan Gorman, Debtor**
**Chapter 7, Case No. 23-40248-CJP**

| | | |
|---|---|---|
| Sassoon & Cymrot Law, LLC<br>84 State Street #820<br>Boston, MA 02109<br>(Schedule F) | Saturn Encore Funding<br>c/o Isreal Weinstein<br>499 Chestnut Street, Suite 213<br>Cedarhurst, NY 11516<br>(Schedule F) | Southern End Realty, LLC<br>1105 Lakeview Avenue<br>Dracut, MA 01826<br>(Schedule H) |
| Skillings and Sons, LLC<br>9 Colombia Drive<br>Amherst, NH 03031<br>(Schedule F) | U.S. Small Business Administration<br>SBA Disaster Loan Services Center<br>2 North 20th Street, Suite 320<br>Birmingham, AL 35203<br>(Schedule F) | Village Electric<br>9C Kidder Road<br>Chelmsford, MA 01824<br>(Schedule F) |
| Windmill Equipment Company<br>3 International Road<br>Windham, NH 03087<br>(Schedule F) | | |