

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>BRYAN GORMAN,<br>     Debtor | Ch. 7<br>23-40248-CJP |

## ORDER

**MATTER:**

#34 Motion filed by Debtor Bryan Gorman to Amend Schedule A/B, Schedule C.

ALLOWED. THE TIME TO OBJECT TO THE AMENDED EXEMPTIONS IS GOVERNED BY FED. R. BANKR. P. 4003(b).

Dated:  May 18, 2023

By the Court,

Christopher J. Panos
United States Bankruptcy Judge